G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JUDITH VAN WHY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH VAN WHY,<br><br>    Plaintiff,<br><br>vs.<br><br>RASH CURTIS & ASSOCIATES; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: C13-01061-JSW<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JUDITH VAN WHY against Defendants, RASH CURTIS & ASSOCIATES; and DOES 1 to 10, inclusive are dismissed, with prejudice. Plaintiff JUDITH VAN WHY and Defendant RASH CURTIS & ASSOCIATES shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 9, 2013

_____
District Court Judge
Northern District of California